| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transfer Court)* 7:08-M-1120-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 10-CR-386 MJP |

| NAME OF OFFENDER Victor Ronald White | DISTRICT EASTERN NORTH CAROLINA | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |

| | DATES OF SUPERVISION → | FROM 11/9/2010 | TO 8/9/2011 |
|---|---|---|---|

OFFENSE **Trespassing; 18 U.S.C. § 1382**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of Washington upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_December 13, 2010_
Date

_[signature]_
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_January 3, 2011_
Effective date

_[signature]_
United States District Judge